IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD CRESTA, Individually and on Behalf of All Others Similarly Situated,<br><br>v.<br><br>ALLIQUA BIOMEDICAL, INC., *et al.* | )<br>)<br>)<br>) CIVIL ACTION<br>)<br>)<br>) NO. 1:18-cv-00301-VAC-CJB<br>)<br>)<br>)<br>) |

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

Plaintiff Ronald Cresta and Defendants Alliqua BioMedical, Inc., David Johnson, Joseph M. Leone, Gary Restani, Jeffrey Sklar, and Mark Wagner ("Defendants") by and through their respective counsel, having stipulated as follows, hereby respectfully move the Court for an Order extending certain deadlines. In support thereof, the parties state as follows:

WHEREAS, on February 22, 2018, Plaintiff filed a Class Action Complaint (the "Complaint") asserting violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 (D.I. 1);

WHEREAS, on March 1, 2018, Plaintiff caused the Complaint to be served on one or more Defendants (D.I. 3-7), making one or more Defendants' response due on or before March 22, 2018;

WHEREAS, this action is governed by the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4 *et seq.* including the provisions for appointment of lead plaintiff,

2

WHEREAS, Plaintiff or any other court-appointed lead plaintiff may seek to file a consolidated or amended class action complaint superseding previously filed complaints, including the Plaintiff's Complaint;

WHEREAS the parties agree that efficiency for the Court and the parties in proceeding under the PSLRA dictates that responding to the current Complaint should be deferred in light of the foregoing.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective parties, subject to the approval of the Court, that:

1. Counsel for Defendants is authorized to, and hereby does, accept service of the Complaint and summons on behalf of any Defendants that have not been served, without prejudice and without waiver of any of defenses, objections or arguments, except as to sufficiency of service of process.

2. Defendants shall not be required to answer, move, or otherwise respond to the Complaint at this time.

3. After the appointment of a lead plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B), lead plaintiff and Defendants shall promptly meet and confer regarding a schedule for the filing of any consolidated or amended complaint or designation of an operative complaint, and for Defendants' response thereto.

4. The parties agree that this submission is made without waiver of any claims, defenses, or arguments that may be available to any party, including but not limited to all motions under Rule 12(b) and any challenges to the subject matter, personal jurisdiction, and/or the forum which may be asserted.

3

5. The parties have not requested any prior extensions of time and are not seeking an extension for purposes of delay.

IT IS SO STIPULATED.

        Respectfully Submitted,

Dated: March 13, 2018

        **COOCH AND TAYLOR, P.A.**

        By: */s/ Blake A. Bennett*

| | |
|---|---|
| *Of Counsel*: | Blake A. Bennett (#5133) |
| | The Brandywine Building |
| **MONTEVERDE & ASSOCIATES PC** | 1000 West Street, 10th Floor |
| | Wilmington, Delaware 19801 |
| Juan E. Monteverde | Telephone: (302) 984-3800 |
| Miles D. Schreiner | |
| The Empire State Building | *Attorneys for Plaintiff* |
| 350 Fifth Avenue, Suite 4405 | |
| New York, NY 10118 | |

| | |
|---|---|
| *Of Counsel*: | **RICHARDS, LAYTON & FINGER, PA** |
| **HAYNES AND BOONE, LLP** | By: */s/ Susan M. Hannigan* |
| Daniel H. Gold | Susan M. Hannigan (#5342) |
| 2323 Victory Avenue | One Rodney Square |
| Suite 700 | 920 North King Street |
| Dallas, TX 75219 | Wilmington, DE 19801 |
| | Telephone: 302-651-7578 |
| Jonathan Pressment | |
| 30 Rockefeller Plaza | |
| 26th Floor | *Attorneys for Defendants* |
| New York, NY 10112 | |

SO ORDERED this ____ day of March, 2018.

_____

Hon. Christopher J. Burke